(No. 5945—

RAY IRBY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 27, 1971.*

HOLLIS L. GREEN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C.J.

(No. 5946—

THE SALVATION ARMY BOOTH MEMORIAL HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed April 27, 1971.*

THE SALVATION ARMY BOOTH MEMORIAL HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.